## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John Jacobs                    CHAPTER 13
         Erin Jacobs

             <u>Debtor(s)</u>           BKY. NO. 21-10793 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.


                         Respectfully submitted,


/s/ <u>Rebecca Solarz</u>

Rebecca Solarz
06 Apr 2021, 12:50:12, EDT


            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322