| 001 | 41-6928 | J W JACOBS | | | | 01138843 | 26 20 | 00027012 |
|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: 8.0 |
| 2 | P 09 | 68670 | 168 | W | 35:51 | 1172:34 | GROSS PAY 3556.98 | 87038.59 | AL PRIOR YR BAL 110.87 |
| 2 | P 09 | 68670 | 168 | O | 8:14 | 403:11 | FED TAX MO 326.68 | 8085.35 | + AL EARNED YTD 20.00 |
| 2 | P 09 | 68670 | 168 | N | 5:45 | 97:61 | ST TAX PAMO 111.51 | 2731.61 | + AL HOL EARNED YTD 0.00 |
| 1 | P 09 | 68670 | 168 | W | 40:00 | 1320.58 | RETIRE 8 21.13 | 531.41 | - AL USED YTD 18.37 |
| 1 | P 09 | 68670 | 168 | O | 9:88 | 489:27 | MEDICARE 47.96 | 1167.67 | = EARNED AL BAL 127.50 |
| 1 | P 09 | 68670 | 168 | N | 6:97 | 124:8 | UN W 320.1 | 8022.29 | + AL ADVANCED 8.00 |
| | | | | L | 4:49 | 148:23 | TSPLG 100 | 9454.0 | = AVAIL AL BAL 135.50 |
| INSURANCE INCOME | | | | | :92 | | INSY5 42.55 | 11129.0 | AL USED THIS PP 4.9 |
| | | | | | | | L0715 2.00 | 52.00 | SICK LEAVE(SL) CAT: 4.0 |
| | | | | | | | L0714 42.99 | 1044.14 | SL PRIOR YR BAL 664.57 |
| | | | | | | | HP472FAM 250.36 | 6530.80 | + SL EARNED YTD 100.00 |
| | | | | | | | SOSEC 205.07 | 4992.78 | - SL USED YTD 72.00 |
| | | | | | | | | | = CURRENT SL BAL 692.57 |
| | | | | | | | | | SL USED THIS PP 0.00 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| FLSA | | | | 93:53 | 121 | | | | PAY PERIOD LWOP 0.00 |
| | | | | | | | | | PP01 TO CURRENT PP 0.00 |

NET PAY 2474.72  NT BK

USPS RETIREMENT 8374.97

PS FORM 1223-B, JUNE 1985  EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 001 | 41-6928 | J W JACOBS | 0113884 3 | 01 21 | 00094300 |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | P 09 | 68670 | 168 | V | 22 | 153 |
| 2 | P 09 | 68670 | 168 | W | 3200 | 1056 46 |
| 2 | P 09 | 68670 | 168 | O | 626 | 310 01 |
| 2 | P 09 | 68670 | 168 | N | 253 | 453 |
| 1 | P 09 | 68670 | 168 | W | 3200 | 1056 46 |
| 1 | P 09 | 68670 | 168 | O | 630 | 311 99 |
| 1 | P 09 | 68670 | 168 | N | 362 | 648 |
| | INSURANCE INCOME | | L | 1600 | 528 24 | |
| | | | | 92 | | |

### GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 3288 70 | 3288 70 |
| FED TAX MO | 294 49 | 294 49 |
| ST TAX PAMO | 103 28 | 103 28 |
| RETIRE 8 | 211 3 | 211 3 |
| MEDICARE | 44 07 | 44 07 |
| UN W | 32 01 | 32 01 |
| INSY5 | 42 55 | 42 55 |
| | 200 | 200 |
| L0715 | 39 50 | 39 50 |
| HP472FAM | 250 36 | 250 36 |
| SOSEC | 188 43 | 188 43 |

### LEAVE STATUS

| ANNUAL LEAVE(AL) CAT: 8.0 | |
|---|---|
| AL PRIOR YR BAL | 110 87 |
| + AL EARNED YTD | 208 00 |
| + AL HOL EARNED YTD | 0 00 |
| − AL USED YTD | 183 37 |
| = EARNED AL BAL | 135 50 |
| + AL ADVANCED | 0 00 |
| = AVAIL AL BAL | 135 50 |
| AL USED THIS PP | 0 00 |
| SICK LEAVE(SL) CAT: 4.0 | |
| SL PRIOR YR BAL | 664 57 |
| + SL EARNED YTD | 104 00 |
| − SL USED YTD | 72 00 |
| = CURRENT SL BAL | 696 57 |
| SL USED THIS PP | 0 00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0 00 |
| PP01 TO CURRENT PP | 0 00 |

REVIEW W4 IN POSTALEASE

NET PAY  2270.88   NT BK

USPS RETIREMENT
8906.38

PS FORM 1223-B, JUNE 1985   EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | | | EMPLOYEE NAME | | | | EMPLOYEE ID | | PAY PERIOD | | SERIAL NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 41-6928 | | | J W JACOBS | | | | 01138843 | | 02 21 | | 00027789 | |

| | | DETAIL EARNINGS | | | | | | THIS PERIOD | | GROSS TO NET | | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | | | YEAR-TO-DATE | | | ANNUAL LEAVE(AL) CAT: 8.0 | |
| 2 | P 09 | 68670 | 168 | V | 22 | 1453 | GROSS PAY | 3354.96 | | 6643.66 | | AL PRIOR YR BAL | 135.50 | |
| 2 | P 09 | 68670 | 168 | W | 32.00 | 105646 | FED TAX M0 | 300.52 | | 595.01 | | + AL EARNED YTD | 8.00 | |
| 2 | P 09 | 68670 | 168 | O | 684 | 33873 | STTAX PA:10 | 104.82 | | 208.10 | | + AL HOL EARNED YTD | 0.00 | |
| 2 | P 09 | 68670 | 168 | N | 287 | 514 | RETIRE 8 | 21.13 | | 42.26 | | - AL USED YTD | 8.00 | |
| 1 | P 09 | 68670 | 168 | V | 01 | 66 | MEDICARE | 44.80 | | 88.87 | | = EARNED AL BAL | 135.50 | |
| 1 | P 09 | 68670 | 168 | W | 40.00 | 132058 | UN W | 32.01 | | 64.02 | | + AL ADVANCED | 200.00 | |
| 1 | P 09 | 68670 | 168 | O | 700 | 34665 | INSYS | 42.55 | | 85.10 | | = AVAIL AL BAL | 335.50 | |
| 1 | P 09 | 68670 | 168 | N | 431 | 7.71 | L0715 | 2.00 | | 4.00 | | AL USED THIS PP | 8.00 | |
| | | | | L | 8.00 | 264.12 | L0714 | 40.15 | | 79.65 | | SICK LEAVE(SL) CAT: 4.0 | |
| | INSURANCE INCOME | | | | 92 | | HP472 FL&N | 266.30 | | 516.66 | | SL PRIOR YR BAL | 696.57 | |
| | | | | | | | SOSEC | 191.56 | | 379.99 | | + SL EARNED YTD | 4.00 | |
| | | | | | | | | | | | | - SL USED YTD | 0.00 | |
| | | | | | | | | | | | | = CURRENT SL BAL | 700.57 | |
| | | | | | | | | | | | | SL USED THIS PP | 0.00 | |
| | FLSA | | | | 4701 | 38 | | | | | | LEAVE WITHOUT PAY(LWOP) | | |
| | | | | | | | | | | | | PAY PERIOD LWOP | 0.00 | |
| REVIEW W4 IN POSTALEASE | | | | | | | | | | | | PP01 TO CURRENT PP | 0.00 | |

NET PAY   2309.12   NT BK

USPS RETIREMENT   8906.38

PS FORM 1223-B, JUNE 1985   EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 41-6928 | J W JACOBS | | | | | 01138843 | 04 21 | 00077732 |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: 8.0 0 |
| 2 | P 09 | 68670 | 168 | V | 2.32 | 15.19 | GROSS PAY 3341.82 | 13264.55 | AL PRIOR YR BAL 135.50 |
| 2 | P 09 | 68670 | 168 | W | 40.00 | 1320.58 | FED TAX M0 297.45 | 1183.88 | + AL EARNED YTD 24.00 |
| 2 | P 09 | 68670 | 168 | O | 6.80 | 336.75 | ST TAX PAM0 104.42 | 4150.1 | + AL HOL EARNED YTD 0.00 |
| 2 | P 09 | 68670 | 168 | N | 5.48 | 9.81 | RETIRE 8 21.13 | 84.52 | - AL USED YTD 40.50 |
| 1 | P 09 | 68670 | 168 | W | 16.00 | 528.23 | MEDICARE 44.61 | 177.18 | = EARNED AL BAL 119.00 |
| 1 | P 09 | 68670 | 168 | O | 3.98 | 197.10 | UN W 32.01 | 128.04 | + AL ADVANCED 184.00 |
| 1 | P 09 | 68670 | 168 | N | 2.13 | 3.81 | IN5Y5 42.55 | 170.20 | = AVAIL AL BAL 303.00 |
| | | | | L | 24.00 | 792.35 | L0715 2.00 | 8.00 | AL USED THIS PP 24.00 |
| INSURANCE INCOME | | | | | | .92 | L0714 39.98 | 158.80 | SICK LEAVE(SL) CAT: 4.0 0 |
| | | | | | | | HP472FAM 266.30 | 1049.26 | SL PRIOR YR BAL 696.57 |
| | | | | | | | SOSEC 190.74 | 757.58 | + SL EARNED YTD 12.00 |
| | | | | | | | | | - SL USED YTD 0.00 |
| | | | | | | | | | = CURRENT SL BAL 708.57 |
| | | | | | | | | | SL USED THIS PP 0.00 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | PAY PERIOD LWOP 0.00 |
| | | | | | | | | | PP01 TO CURRENT PP 0.00 |
| | | FLSA | | | | 49.12 | | | USPS RETIREMENT |
| | | | | | | NET PAY 2300.63 | NT BK | | 8906.38 |

PS FORM 1223-B, JUNE 1985    EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 001 | 41-6928 | J W JACOBS | 01138843 | 03 21 | 00077619 |

DETAIL EARNINGS / GROSS TO NET / LEAVE STATUS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | P 09 | 68670 | 168 | V | 08 | 528 | GROSS PAY | 3279.07 | 9922.73 | ANNUAL LEAVE(AL) CAT: | 8.00 |
| 2 | P 09 | 68670 | 168 | W | 36.00 | 1188.52 | FED TAX M0 | 291.42 | 886.43 | AL PRIOR YR BAL | 135.50 |
| 2 | P 09 | 68670 | 168 | O | 7.87 | 389.73 | ST TAX PAM0 | 102.49 | 310.59 | + AL EARNED YTD | 16.00 |
| 2 | P 09 | 68670 | 168 | N | 4.23 | 7.57 | RETIRE 8 | 21.13 | 63.39 | + AL HOL EARNED YTD | 0.00 |
| 1 | P 09 | 68670 | 168 | V | 50 | 33.01 | MEDICARE | 43.70 | 132.57 | - AL USED YTD | 16.50 |
| 1 | P 09 | 68670 | 168 | W | 27.50 | 907.90 | UN W | 32.01 | 96.03 | = EARNED AL BAL | 135.00 |
| 1 | P 09 | 68670 | 168 | O | 3.99 | 197.59 | IN5Y5 | 42.55 | 127.65 | + AL ADVANCED | 192.00 |
| 1 | P 09 | 68670 | 168 | N | 2.64 | 4.73 | L0715 | 2.00 | 6.00 | = AVAIL AL BAL | 327.00 |
| | | | | L | 16.50 | 544.74 | L0714 | 39.17 | 118.82 | AL USED THIS PP | 8.50 |
| | INSURANCE INCOME | | | | | 92 | HP472FAM | 266.30 | 782.96 | SICK LEAVE(SL) CAT: | 4.00 |
| | | | | | | | SOSEC | 186.85 | 566.84 | SL PRIOR YR BAL | 696.57 |
| | | | | | | | | | | + SL EARNED YTD | 8.00 |
| | | | | | | | | | | - SL USED YTD | 0.00 |
| | | | | | | | | | | = CURRENT SL BAL | 704.57 |
| | | | | | | | | | | SL USED THIS PP | 0.00 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | | | | PP01 TO CURRENT PP | 0.00 |
| | FLSA | | | 43.95 | | | | | | USPS RETIREMENT | |
| REVIEW W4 IN POSTALEASE | | | | | | | NET PAY | 2251.45 | NT BK | | 8906.38 |

PS FORM 1223-B JUNE 1985  EARNINGS STATEMENT