

**Earnings Statement**

ELW  122344  251107  999  0000071531  1

1502-0002

ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063

| | |
|---|---|
| Period Beginning: | 02/01/2021 |
| Period Ending: | 02/14/2021 |
| Pay Date: | 02/19/2021 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0,$100 Additional Tax
  PA:  N/A

ERIN S JACOBS
267 GEBHART SCHOOL RD
MOHNTON PA 19540

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.3124 | 77.00 | 2,796.05 | 8,941.92 |
| Education Brk | | | | 2,242.29 |
| **Gross Pay** | | | **$2,796.05** | 11,184.21 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Personal Day | 60.00 | |
| Sick Time | 59.50 | |

| **Deductions** | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -505.88 | 2,023.52 | |
| Social Security Tax | -173.35 | 693.42 | |
| Medicare Tax | -40.54 | 162.17 | |
| PA State Income Tax | -85.84 | 343.36 | |
| Reading City Income Tax | -36.35 | 145.40 | |
| Reading City Local Svc Tax | -2.00 | 8.00 | |
| PA SUI/SDI Tax | -1.68 | 6.71 | |
| **Other** | | | |
| Lincoln 403 | -55.92* | 223.68 | |
| Sup Life Dep 21 | -1.06 | 4.24 | |
| Sup Life Ee 21A | -3.83 | 15.32 | |
| **Net Pay** | **$1,889.60** | | |
| Cking Direct De | -1,889.60 | | |
| **Net Check** | **$0.00** | | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,740.13

© 2000 ADP, LLC



ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063

| Advice number: | 00000071531 |
|---|---|
| Pay date: | 02/19/2021 |



| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **ERIN S JACOBS** | xxxxxxxxx6674 | xxxx xxxx | $1,889.60 |

**NON-NEGOTIABLE**