

ELW  122344  251107  999  00000051535  1
1502-0002

ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063

# Earnings Statement

Period Beginning: 01/18/2021
Period Ending: 01/31/2021
Pay Date: 02/05/2021

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:    0,$100 Additional Tax
    PA:         N/A

ERIN S JACOBs
267 GEBHART SCHOOL RD
MOHNTON PA 19540

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.3124 | 69.00 | 2,505.56 | 6,145.87 |
| Education Brk | 36.3124 | 8.00 | 290.50 | 2,242.29 |
| **Gross Pay** | | | **$2,796.06** | 8,388.16 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Personal Day | 60.00 | |
| Sick Time | 59.50 | |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -505.88 | 1,517.64 |
| Social Security Tax | -173.36 | 520.07 |
| Medicare Tax | -40.54 | 121.63 |
| PA State Income Tax | -85.84 | 257.52 |
| Reading City Income Tax | -36.35 | 109.05 |
| Reading City Local Svc Tax | -2.00 | 6.00 |
| PA SUI/SDI Tax | -1.67 | 5.03 |

Other
| | | |
|---|---|---|
| Lincoln 403 | -55.92* | 167.76 |
| Sup Life Dep 21 | -1.06 | 3.18 |
| Sup Life Ee 21A | -3.83 | 11.49 |

| **Net Pay** | **$1,889.61** |
|---|---|
| Cking Direct De | -1,889.61 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,740.14

© 2000 ADP, LLC



ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063

Advice number: 00000051535
Pay date: 02/05/2021

**Deposited to the account of**
**ERIN S JACOBS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx6674 | xxxx xxxx | $1,889.61 |



**NON-NEGOTIABLE**