UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          Bankr. Case No. 21-10793-PMM-13

John Jacobs and Erin Jacobs                                                        Chapter 13
     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                          Bankr. Case No. 21-10793-PMM-13

John Jacobs and Erin Jacobs                                                                          Chapter 13
        Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on April 6, 2021 :

BRENNA HOPE MENDELSOHN                    Scott Waterman
637 WALNUT ST                             2901 St. Lawrence Ave.
READING, PA  19601                        Suite 100
                                          Reading, PA 19606

                                          By /s/ Mandy Youngblood
                                          _____
                                             Mandy Youngblood

xxxxx35938 / 1039423