| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 21-10793-PMM**

John Jacobs
Erin Jacobs
267 Gebhart School Road
Mohnton  PA   19540

Petition Filed Date: 03/29/2021
341 Hearing Date: 05/04/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2021 | $875.00 | | 06/01/2021 | $875.00 | | | | |

**Total Receipts for the Period:  $1,750.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK NA<br>»»  002 | Unsecured Creditors | $12,248.87 | $0.00 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $7,501.57 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA<br>»»  004 | Unsecured Creditors | $5,521.95 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA<br>»»  005 | Unsecured Creditors | $8,846.06 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA<br>»»  006 | Unsecured Creditors | $8,997.98 | $0.00 | $0.00 |
| 7 | M&T BANK<br>»»  007 | Mortgage Arrears | $80.04 | $0.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,700.00 | $0.00 | $4,700.00 |

**Chapter 13 Case No. 21-10793-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $1,750.00 | Current Monthly Payment: | $714.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($161.00) |
| Paid to Trustee: | $148.75 | Total Plan Base: | $47,285.00 |
| Funds on Hand: | $1,601.25 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.