UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    John Jacobs<br>    Erin Jacobs<br><br>              Debtors | Chapter 13<br>Bankruptcy No.21-10793-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 2nd day of July, 2021, by first class mail upon those listed below:

John Jacobs
Erin Jacobs
267 Gebhart School Road
Mohnton, PA  19540

**Electronically via CM/ECF System Only:**

MENDELSOHN & MENDELSOHN PC
637 WALNUT STREET
READING, PA  19601

 

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee