United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10793-pmm |
| John Jacobs | Chapter 13 |
| Erin Jacobs | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 05, 2021 | Form ID: 155 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Jacobs, Erin Jacobs, 267 Gebhart School Road, Mohnton, PA 19540-8730 |
| 14594175 | | Bb&t Mtg, Credit Disputes, Wilson, NC 27894 |
| 14594177 | + | Break N Brace, 920 Germantown Pike Ste 210, Plymouth Meeting, PA 19462-7401 |
| 14594179 | + | Chryslercap, Po Box 961212, Fort Worth, TX 76161-0212 |
| 14594183 | + | Good physical Therapy, PO BOX 676, Reading, PA 19607-0676 |
| 14601730 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14594188 | + | Kathy Gurski DMD, 601 E. Lancaster Avenue, Reading, PA 19607-1366 |
| 14597268 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14597482 | + | Lakeview Loan Servicing, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14594189 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14612439 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14594190 | + | Michael Dougherty, Weltman Weinberg Reis, 170 Independence Mall W Suite 874 W, Philadelphia, PA 19106-3334 |
| 14594191 | + | Misiauoi Valley Ambulance Service, PO BOX 153, Vergennes, VT 05491-0153 |
| 14594192 | + | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 14594196 | + | Reading Health System, PO BOX 70894, Philadelphia, PA 19176-5894 |
| 14594197 | + | Reveal Diagnostic Imaging, Credit Collections Bureau, Professional Debt Collectors, PO BOX 9490, Rapid City, SD 57709-9490 |
| 14594199 | + | Synergy Otthopedics LLC, 920 Germantown Pike, STE 210, Plymouth Meeting, PA 19462-7401 |
| 14594200 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 14594201 | | United Anes Serv. PC, PO BOX 828962, Mohnton, PA 19540 |
| 14594202 | + | Wells Fargo Bank Nv Na, P.o. Box 94435, Albuquerque, NM 87199-4435 |
| 14597244 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14594172 | + | arcadia, 645 Penn St, Reading, PA 19601-3559 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14596781 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 05 2021 23:50:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14599701 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 05 2021 23:50:00 | Americredit Financial Services, d/b/a GM Financial, c/o Mandy Youngblood, PO Box 183853, Arlington, TX 76096 |
| 14613699 | + | Email/Text: bankruptcy@bbandt.com | Aug 05 2021 23:50:00 | BB&T Now Truist, Bankruptcy Section, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 14613253 | | Email/PDF: rmscedi@recoverycorp.com | Aug 05 2021 23:51:30 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14594178 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Aug 05, 2021 | Form ID: 155 | Total Noticed: 39

|  |  |  | Aug 05 2021 23:51:20 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| --- | --- | --- | --- | --- |
| 14594180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2021 23:51:20 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14598238 | + | Email/Text: mrdiscen@discover.com | Aug 05 2021 23:50:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14594181 | + | Email/Text: mrdiscen@discover.com | Aug 05 2021 23:50:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14594182 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 05 2021 23:50:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14594184 | + | Email/Text: Harris@ebn.phinsolutions.com | Aug 05 2021 23:51:00 | Harris & Harris Ltd, 111 West Jackson Boulevard, Chicago, IL 60604-4135 |
| 14594185 |  | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 05 2021 23:51:19 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14605394 |  | Email/Text: camanagement@mtb.com | Aug 05 2021 23:50:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14611759 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2021 23:51:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14594193 | + | Email/Text: joey@rmscollect.com | Aug 05 2021 23:51:00 | Patient First c/o Receivables Management, PO BOX 73810, Richmond, VA 23235-8047 |
| 14594194 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2021 23:51:30 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14594198 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 23:51:39 | Syncb/score Rewards Dc, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14611858 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 23:51:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14594176 |  | Bbt Rcvry |
| 14599517 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14594186 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14594187 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14594173 | *+ | arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14594174 | *+ | arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14594195 | ##+ | ProCo, PO BOX 2462, Aston, PA 19014-0462 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Aug 05, 2021 | Form ID: 155 | Total Noticed: 39

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor John Jacobs tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Erin Jacobs tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: John Jacobs and Erin Jacobs
       Debtor(s)

Chapter: 13

Bankruptcy No: 21−10793−pmm

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 5th day of August 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

32 − 28
Form 155