UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Jacobs, Erin Jacobs, Debtors | Bankruptcy No. 21-10793-pmm  Chapter 13 |

### ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the FOURTH Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT

_____
Patricia M. Mayer
United States Bankruptcy Judge