**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | John Jacobs, | : | Chapter 13 |
| | Erin Jacobs, | : | |
| | Debtors | : | |
| | | : | Bankruptcy No. 21-10793-pmm |

### CERTIFICATE OF NO RESPONSE

    I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for John and Erin Jacobs, Chapter 13 Debtors, do hereby certify that I have received no response and that no response has been filed with the Court from any Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Motion to Modify Plan and respectfully request that this Honorable Court grant the Motion without a Hearing and an Order be entered granting the relief requested.

                                                    Respectfully submitted,

                                                    /s/ Brenna H. Mendelsohn
                                                    Brenna H. Mendelsohn, Esquire
                                                    Mendelsohn & Mendelsohn, P.C.
                                                    637 Walnut Street
                                                    Reading, PA 19601

Dated: November 2, 2021