## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: John and Erin Jacobs,

|  |  |  |
|---|---|---|
| | : | **Chapter 13** |
| | : | |
| | : | **Case No. 21-10793 (PMM)** |
| | : | |
| **Debtors .** | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. # 40, the "Motion");

It is hereby **ordered** that

1)  The Motion is **granted**; and

2)  The Modified Plan (doc. # 50) is **approved**.

**Date:  11/4/21**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**