Bill for Services Rendered
Re:  John and Erin Jacobs
Chapter 13 Bankruptcy
Case No. 21-10793-pmm
Agreed Rate: Attorney for Debtor 250.00 p/h
Paralegal, Kirsten Kauffman rate: 90.00 p/h

| Date / Description | Hours | Amount |
|---|---|---|
| 9/9/21 – Review Motion for Relief from Stay | .3 | 75 |
| 9/9/21 – Letter and e-mail to Debtor re: Motion for Relief | .4 | 100 |
| 9/11/21 – E-mail to Debtor scheduling phone appointment | .1 | 25 |
| 9/13/21 – Phone appointment with Debtors | .4 | 100 |
| 9/14/21  - Preparation and filing of Response to Motion for Relief | .4 | 100 |
| 9/14/21 – Service of Response | .2 | 50 |
| 9/14/21 – E-mail to Debtor re: funds | .1 | 25 |
| 9/27/21 – Review Trustee payment history | .3 | 75 |
| 9/27/21 – Review prior planning | .2 | 50 |
| 9/27/21 – Preparation and filing of Modified Plan | 1.0 | 250 |
| 9/27/21 – Service of modified Plan | .2 | 50 |
| 9/27/21 – Preparation and filing of Motion to modify Plan | .6 | 150 |

9/27/21 – Service of modified Plan                                              .2                    50

9/27/21 – Letter/e-mail to Debtors re: modified Plan                            .4                    100


PARALEGAL TIME:

9/27/21 – Preparation and filing of application for compensation, service, and proof of claim    1.0        90

        TOTAL: $1,290.00