| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-10793-PMM

| | |
|---|---|
| John Jacobs | Petition Filed Date: 03/29/2021 |
| Erin Jacobs | 341 Hearing Date: 05/04/2021 |
| 267 Gebhart School Road | Confirmation Date: 08/05/2021 |
| Mohnton  PA   19540 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2021 | $875.00 | | 06/01/2021 | $875.00 | | 06/29/2021 | $714.00 | |
| 07/30/2021 | $676.00 | | 08/27/2021 | $676.00 | | 09/28/2021 | $676.00 | |
| 10/27/2021 | $676.00 | | 11/30/2021 | $676.00 | | 12/28/2021 | $676.00 | |
| 01/27/2022 | $676.00 | | 03/01/2022 | $676.00 | | 03/28/2022 | $676.00 | |
| 04/27/2022 | $676.00 | | 05/31/2022 | $676.00 | | 06/29/2022 | $676.00 | |
| 07/27/2022 | $676.00 | | | | | | | |

**Total Receipts for the Period: $11,252.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,252.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK NA<br>»»  002 | Unsecured Creditors | $12,248.87 | $0.00 | $12,248.87 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»»  001 | Secured Creditors | $20,657.72 | $3,662.14 | $16,995.58 |
| 3 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $7,501.57 | $0.00 | $7,501.57 |
| 4 | CHASE BANK USA NA<br>»»  004 | Unsecured Creditors | $5,521.95 | $0.00 | $5,521.95 |
| 5 | CHASE BANK USA NA<br>»»  005 | Unsecured Creditors | $8,846.06 | $0.00 | $8,846.06 |
| 6 | CHASE BANK USA NA<br>»»  006 | Unsecured Creditors | $8,997.98 | $0.00 | $8,997.98 |
| 7 | M&T BANK<br>»»  007 | Mortgage Arrears | $80.04 | $0.00 | $80.04 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,700.00 | $4,700.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $771.17 | $0.00 | $771.17 |
| 9 | SYNCHRONY BANK<br>»»  009 | Unsecured Creditors | $2,040.44 | $0.00 | $2,040.44 |
| 10 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»»  011 | Unsecured Creditors | $10,462.06 | $0.00 | $10,462.06 |
| 11 | BRANCH BANKING & TRUST CO<br>»»  012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | BRANCH BANKING & TRUST CO<br>»»  013 | Unsecured Creditors | $1,344.57 | $0.00 | $1,344.57 |
| 13 | KATHY GURSKI DMD<br>»»  014 | Unsecured Creditors | $114.20 | $0.00 | $114.20 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,252.00 | Current Monthly Payment: | $676.00 |
| Paid to Claims: | $9,652.14 | Arrearages: | $0.00 |
| Paid to Trustee: | $963.75 | Total Plan Base: | $45,052.00 |
| Funds on Hand: | $636.11 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.