**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | JOHN JACOBS |
| Debtor 2 | ERIN JACOBS |

United States Bankruptcy Court for the: __EASTERN__ District of __PA__

Case number __21-10793__

# *NOTICE OF ADDRESS CHANGE*

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC (hereinafter "Creditor") hereby gives notice that all presently held or future payments and/or correspondences to Creditor for the claims filed in this bankruptcy case should be sent to the following address:

## ☑ CHANGE IN NOTICE ADDRESS

| Prior Notice Address | New Notice Address |
|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br><br>PO Box 41021<br><br>NORFOLK, VA 23541 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br><br>PO Box 788<br><br>Kirkland, WA 98083-0788 |

## ☑ CHANGE IN PAYMENT ADDRESS

| Prior Payment Address | New Payment Address |
|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br><br>PO Box 41031<br><br>Norfolk, VA 23541 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br><br>PO Box 2489<br><br>Kirkland, WA 98083-2489 |

Claim No.: _____11_____

    I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.

Signed By: _/s/ Adrianne Branca_____    Date: ____08/10/2023____

Authorized agent for Creditor

Print Name: _Adrianne Branca_____