| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 21-10793-PMM**

| | |
|---|---|
| John Jacobs | Petition Filed Date: 03/29/2021 |
| Erin Jacobs | 341 Hearing Date: 05/04/2021 |
| 267 Gebhart School Road | Confirmation Date: 08/05/2021 |
| Mohnton  PA   19540 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $676.00 | | 09/27/2022 | $676.00 | | 10/27/2022 | $676.00 | |
| 11/29/2022 | $676.00 | | 12/28/2022 | $676.00 | | 01/27/2023 | $676.00 | |
| 02/28/2023 | $676.00 | | 03/27/2023 | $676.00 | | 04/27/2023 | $676.00 | |
| 05/30/2023 | $676.00 | | 06/27/2023 | $676.00 | | 07/27/2023 | $676.00 | |

**Total Receipts for the Period: $8,112.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $19,364.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK NA<br>»» 002 | Unsecured Creditors | $12,248.87 | $0.00 | $12,248.87 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $20,657.72 | $11,076.19 | $9,581.53 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $7,501.57 | $0.00 | $7,501.57 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $5,521.95 | $0.00 | $5,521.95 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $8,846.06 | $0.00 | $8,846.06 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $8,997.98 | $0.00 | $8,997.98 |
| 7 | M&T BANK<br>»» 007 | Mortgage Arrears | $80.04 | $33.39 | $46.65 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,700.00 | $4,700.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $771.17 | $0.00 | $771.17 |
| 9 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $2,040.44 | $0.00 | $2,040.44 |
| 10 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 011 | Unsecured Creditors | $10,462.06 | $0.00 | $10,462.06 |
| 11 | BRANCH BANKING & TRUST CO<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | BRANCH BANKING & TRUST CO<br>»» 013 | Unsecured Creditors | $1,344.57 | $0.00 | $1,344.57 |
| 13 | KATHY GURSKI DMD<br>»» 014 | Unsecured Creditors | $114.20 | $0.00 | $114.20 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 21-10793-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $19,364.00 | Current Monthly Payment: | $676.00 |
| Paid to Claims: | $17,099.58 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,639.75 | Total Plan Base: | $45,052.00 |
| Funds on Hand: | $624.67 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.