Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-10793-PMM**

John Jacobs
Erin Jacobs
267 Gebhart School Road
Mohnton  PA    19540

Petition Filed Date: 03/29/2021
341 Hearing Date: 05/04/2021
Confirmation Date: 08/05/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2023 | $676.00 | | 09/27/2023 | $676.00 | | 10/27/2023 | $676.00 | |
| 11/28/2023 | $676.00 | | 12/28/2023 | $676.00 | | 01/29/2024 | $676.00 | |
| 02/27/2024 | $676.00 | | 03/27/2024 | $676.00 | | 04/29/2024 | $676.00 | |
| 05/28/2024 | $676.00 | | 06/27/2024 | $676.00 | | 07/29/2024 | $676.00 | |

**Total Receipts for the Period: $8,112.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,476.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | WELLS FARGO BANK NA<br>»» 002 | Unsecured Creditors | $12,248.87 | $0.00 | $12,248.87 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $20,657.72 | $18,975.04 | $1,682.68 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $7,501.57 | $0.00 | $7,501.57 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $5,521.95 | $0.00 | $5,521.95 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $8,846.06 | $0.00 | $8,846.06 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $8,997.98 | $0.00 | $8,997.98 |
| 7 | M&T BANK<br>»» 007 | Mortgage Arrears | $80.04 | $66.48 | $13.56 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,700.00 | $4,700.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $771.17 | $0.00 | $771.17 |
| 9 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $2,040.44 | $0.00 | $2,040.44 |
| 10 | BUREAUS INVESTMENT GROUP PORTFOLIO NO<br>15 LLC<br>»» 011 | Unsecured Creditors | $10,462.06 | $0.00 | $10,462.06 |
| 11 | BRANCH BANKING & TRUST CO<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | BRANCH BANKING & TRUST CO<br>»» 013 | Unsecured Creditors | $1,344.57 | $0.00 | $1,344.57 |
| 13 | KATHY GURSKI DMD<br>»» 014 | Unsecured Creditors | $114.20 | $0.00 | $114.20 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 21-10793-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,476.00 | Current Monthly Payment: | $676.00 |
| Paid to Claims: | $25,031.52 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,437.43 | Total Plan Base: | $45,052.00 |
| Funds on Hand: | $7.05 | | |

**<u>NOTES:</u>**

**• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.