| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 21-10793-PMM

John Jacobs
Erin Jacobs
267 Gebhart School Road
Mohnton  PA  19540

Petition Filed Date: 03/29/2021
341 Hearing Date: 05/04/2021
Confirmation Date: 08/05/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $676.00 | | 09/27/2024 | $676.00 | | 10/28/2024 | $676.00 | |
| 11/27/2024 | $676.00 | | 01/02/2025 | $676.00 | | 01/28/2025 | $676.00 | |
| 02/27/2025 | $676.00 | | 03/27/2025 | $676.00 | | 04/28/2025 | $676.00 | |
| 06/02/2025 | $676.00 | | 06/27/2025 | $676.00 | | 07/29/2025 | $676.00 | |

**Total Receipts for the Period: $8,112.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $36,264.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | WELLS FARGO BANK NA<br>»» 002 | Unsecured Creditors | $12,248.87 | $1,222.55 | $11,026.32 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $20,657.72 | $20,657.72 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $7,501.57 | $748.72 | $6,752.85 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $5,521.95 | $551.15 | $4,970.80 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $8,846.06 | $882.93 | $7,963.13 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $8,997.98 | $898.08 | $8,099.90 |
| 7 | M&T BANK<br>»» 007 | Mortgage Arrears | $80.04 | $80.04 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,700.00 | $4,700.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $771.17 | $68.46 | $702.71 |
| 9 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $2,040.44 | $203.66 | $1,836.78 |
| 10 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 011 | Unsecured Creditors | $10,462.06 | $1,044.19 | $9,417.87 |
| 11 | BRANCH BANKING & TRUST CO<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | BRANCH BANKING & TRUST CO<br>»» 013 | Unsecured Creditors | $1,344.57 | $134.22 | $1,210.35 |
| 13 | KATHY GURSKI DMD<br>»» 014 | Unsecured Creditors | $114.20 | $0.00 | $114.20 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 21-10793-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,264.00 | Current Monthly Payment: | $676.00 |
| Paid to Claims: | $32,481.72 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,123.57 | Total Plan Base: | $45,052.00 |
| Funds on Hand: | $658.71 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.