

**Truist Bank**
PO Box 85092
Mail Code 306-40-06-10
Richmond, VA 23285
Tel: 800.635.3112
TDD: 888.833.4228

September 17, 2025

Clerk,Clerk of Bankruptcy Court
201 Penn Street, 1st Floor
Reading, PA 19601

Re:     Debtor(s): John Jacobs & Erin Jacobs
        Bankruptcy Case Number: 21−10793−pmm
        Truist Bank Account Number ending in:5115

Dear Clerk:

Please withdraw the Truist Bank Proof of Claim # 13  on the above referenced account.

If you have any questions or need additional information, please do not hesitate to call 800.635.3112 Monday through Friday 8 a.m to 5 p.m. ET.

Thank you for your assistance.


Sincerely,


Anna Burnett
Bankruptcy Specialist
Truist Bank

BK-007 (Rev 3/1/21)