Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

John Jacobs
Erin Jacobs
267 Gebhart School Road
Mohnton, PA 19540

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 21-10793-PMM**

Petition Filed Date: 03/29/2021
341 Hearing Date: 05/04/2021
Confirmation Date: 08/05/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2025 | $676.00 | | 09/29/2025 | $676.00 | | 10/27/2025 | $676.00 | |
| 12/02/2025 | $676.00 | | 01/12/2026 | $676.00 | | 02/09/2026 | $676.00 | |
| 03/09/2026 | $676.00 | | 04/13/2026 | $676.00 | | 05/11/2026 | $676.00 | |
| 06/22/2026 | $676.00 | | 07/24/2026 | $676.00 | | | | |

**Total Receipts for the Period: $7,436.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $43,704.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK NA<br>»» 002 | Unsecured Creditors | $12,248.87 | $2,723.28 | $9,525.59 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $20,657.72 | $20,657.72 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $7,501.57 | $1,667.81 | $5,833.76 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $5,521.95 | $1,227.71 | $4,294.24 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $8,846.06 | $1,966.72 | $6,879.34 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 006 | Unsecured Creditors | $8,997.98 | $2,000.51 | $6,997.47 |
| 7 | M&T BANK<br>»» 007 | Mortgage Arrears | $80.04 | $80.04 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,700.00 | $4,700.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $771.17 | $171.49 | $599.68 |
| 9 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $2,040.44 | $453.64 | $1,586.80 |
| 10 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 011 | Unsecured Creditors | $10,462.06 | $2,326.01 | $8,136.05 |
| 11 | BRANCH BANKING & TRUST CO<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-10793-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | BRANCH BANKING & TRUST CO<br>»» 013 | Unsecured Creditors | $104.52 | $104.52 | $0.00 |
| 13 | KATHY GURSKI DMD<br>»» 014 | Unsecured Creditors | $114.20 | $15.27 | $98.93 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 14 | ARCADIA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | BBT RECOVERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | BREAK N BRACE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CHRYSLER CAPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CITIBANK NORTH AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | Good Physical Therapy | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | HARRIS & HARRIS LTD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | KATHY GURSKI DMD AND | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | MISIAUOI VALLEY AMBULANCE SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | PATIENT FIRST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | PRO CO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | TOWER HEALTH SYSTEM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | REVEAL DIAGNOSTIC IMAGING OF PA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | SYNERGY ORTHOPEDICS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | UNITED ANESTHESIA SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,704.00 | Current Monthly Payment: | $676.00 |
| Paid to Claims: | $39,384.72 | Arrearages: | ($4.00) |
| Paid to Trustee: | $3,681.56 | Total Plan Base: | $45,052.00 |
| Funds on Hand: | $637.72 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.