Certificate Number: 20102-PAE-DE-041536339

Bankruptcy Case Number: 21-10793

20102-PAE-DE-041536339

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2026, at 8:24 o'clock AM EDT, Erin Jacobs completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 8, 2026

By: /s/Marcy Walter

Name: Marcy Walter

Title: President-Manager