United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John Jacobs
Erin Jacobs
Debtors

Case No. 21-10793-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Oct 26, 2026 | Form ID: 138OBJ | Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Jacobs, Erin Jacobs, 267 Gebhart School Road, Mohnton, PA 19540-8730 |
| 14594175 | | Bb&t Mtg, Credit Disputes, Wilson, NC 27894 |
| 14594177 | + | Break N Brace, 920 Germantown Pike Ste 210, Plymouth Meeting, PA 19462-7401 |
| 14594183 | + | Good physical Therapy, PO BOX 676, Reading, PA 19607-0676 |
| 14594188 | + | Kathy Gurski DMD, 601 E. Lancaster Avenue, Reading, PA 19607-1366 |
| 14597482 | + | Lakeview Loan Servicing, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14612439 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14638912 | + | Mendelsohn and Menelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14594191 | + | Misiauoi Valley Ambulance Service, PO BOX 153, Vergennes, VT 05491-0153 |
| 14594192 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 14594195 | + | ProCo, PO BOX 2462, Aston, PA 19014-0462 |
| 14639033 | + | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14594196 | + | Reading Health System, PO BOX 70894, Philadelphia, PA 19176-5894 |
| 14594197 | + | Reveal Diagnostic Imaging, Credit Collections Bureau, Professional Debt Collectors, PO BOX 9490, Rapid City, SD 57709-9490 |
| 14594199 | + | Synergy Otthopedics LLC, 920 Germantown Pike, STE 210, Plymouth Meeting, PA 19462-7401 |
| 14594201 | | United Anes Serv. PC, PO BOX 828962, Mohnton, PA 19540 |
| 14594172 | + | arcadia, 645 Penn St, Reading, PA 19601-3559 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 27 2026 07:04:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 27 2026 07:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14596781 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2026 07:04:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14599701 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2026 07:04:00 | Americredit Financial Services, d/b/a GM Financial, c/o Mandy Youngblood, PO Box 183853, Arlington, TX 76096 |
| 14613699 | + | Email/Text: bankruptcy@bbandt.com | Oct 27 2026 07:04:00 | BB&T Now Truist, Bankruptcy Section, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 14613253 | | Email/Text: bnc-thebureaus@quantum3group.com | Oct 27 2026 07:04:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14594178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2026 07:20:21 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

| | | | | |
|---|---|---|---|---|
| 14594179 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 27 2026 07:04:00 | Chryslercap, Po Box 961212, Fort Worth, TX 76161-0212 |
| 14594180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2026 07:20:21 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14598238 | + | Email/Text: mrdiscen@discover.com | Oct 27 2026 07:04:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14594181 | + | Email/Text: mrdiscen@discover.com | Oct 27 2026 07:04:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14594182 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2026 07:04:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14594184 | | Email/Text: HHEBN@harriscollect.com | Oct 27 2026 07:04:00 | Harris & Harris Ltd, 111 West Jackson Boulevard, Chicago, IL 60604 |
| 14601730 | + | Email/Text: RASEBN@raslg.com | Oct 27 2026 07:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14594185 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2026 07:20:27 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14597268 | ^ | MEBN | Oct 27 2026 06:58:12 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14605394 | ^ | MEBN | Oct 27 2026 06:58:11 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14594189 | + | Email/Text: camanagement@mtb.com | Oct 27 2026 07:04:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14594190 | + | Email/Text: PHILAW@weltman.com | Oct 27 2026 07:04:00 | Michael Dougherty, Weltman Weinberg Reis, 170 Independence Mall W Suite 874 W, Philadelphia, PA 19106-3334 |
| 14611759 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2026 07:20:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14594193 | + | Email/Text: joey@rmscollect.com | Oct 27 2026 07:05:00 | Patient First c/o Receivables Management, PO BOX 73810, Richmond, VA 23235-8047 |
| 14594194 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2026 07:20:24 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14594198 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2026 07:20:24 | Syncb/score Rewards Dc, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14611858 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2026 07:20:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794724 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2026 07:20:27 | Synchrony Bank by, AIS InfoSource, Pa, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14594200 | + | Email/Text: bnc-thebureaus@quantum3group.com | Oct 27 2026 07:04:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 14594202 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Oct 27 2026 07:20:21 | Wells Fargo Bank Nv Na, PO Box 564300, Charlotte NC 28256-4300 |
| 14597244 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 27 2026 07:20:24 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14594176 | | Bbt Rcvry |
| 14599517 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14594186 | *+ | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14594187 | *+ | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14594173 | *+ | arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14594174 | *+ | arcadia, 645 Penn St, Reading, PA 19601-3559 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor John Jacobs tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Erin Jacobs tobykmendelsohn@comcast.net |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 78 − 77

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| John Jacobs | ) | Case No. 21−10793−pmm |
| | ) | |
| | ) | |
| Erin Jacobs | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed on or before **November 25, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 26, 2026

For The Court

Mohung Wong
Clerk of Court